```
 1  LAW OFFICES OF JACEK W. LENTZ
    Jacek W. Lentz (State Bar No. 213198)
 2  jlentz@jaceklentz.com
    Jackie-Lynn Adams (State Bar No. 266807)
 3  Jackie@LADefender.com
    1055 Wilshire Blvd., Suite 1996
 4  Los Angeles, CA 90017
    Telephone: (213) 250 - 9200
 5  Facsimile: (213) 250 - 9161
 6  Attorneys for Claimant
    ARMEN GALOYAN
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>$20,000.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | Case No. CV12-8463-GW (JCx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST FOR ARMEN GALOYAN** |

　　　Claimant Armen Galoyan, through undersigned counsel, hereby makes claim to the Defendant property to wit, $20,000 in U.S. Currency.

I.

　　　Armen Galoyan has the right to make this claim by virtue of the fact that he received the said property from members of his mother Gayane Galoyan and lawfully possessed it in bailment.

II.

The property shall be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d) or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

## VERIFICATION

I, Armen Galoyan, verify that I have read the foregoing Claim, and declare under penalty of perjury that the allegations therein are true and correct. Executed on this 16th day of November, 2012.

_____

Armen Galoyan, Claimant

Respectfully submitted,

_____

JACEK W. LENTZ, ESQ.

## PROOF OF SERVICE

I, Jacek W. Lentz, declare as follows:

I am employed in the City of Los Angeles, California. I am over the age of eighteen years, and not a party to the within case; my business address is Law Offices of Jacek W. Lentz, 1055 Wilshire Blvd, Suite 1996, Los Angeles, California 90017. On December 17, 2012 I served the within:

**VERIFIED CLAIM AND STATEMENT OF INTEREST**

in the United States District Court Case No. CV12-8463-GW (JCx), by sending a true copy thereof, as indicated and addressed as follows:

**Mr. Victor Rodgers, Esq.**
**United States Attorney's Office**
**United States Courthouse**
**312 North Spring Street**
**14th Floor**
**Los Angeles, CA 90012**

[X] **(BY MAIL)** By placing such document in an envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at the Law Offices of Jacek W. Lentz, Los Angeles, California following ordinary business practice. I am readily familiar with the practice of the Law Offices of Jacek W. Lentz for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **(BY PERSONAL SERVICE)** By causing such document to be delivered by hand with instructions that it be personally served.

[X] **(BY FACSIMILE)** By placing such document for collection and transmission at the Law Offices of Jacek W. Lentz, Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of the Law Offices of Jacek W. Lentz, for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 17, 2012, at Los Angeles, California.

_____
Jacek W. Lentz

PROOF OF SERVICE